# **EXHIBIT B**

*DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT*

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | Case Type: Employment Civil |

SVEN SUNDGAARD,

        Plaintiff,

v.

MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11; TEGNA, Inc.,

        Defendants.

**DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

Defendants Multimedia Holdings Corporation, d/b/a KARE-TV and d/b/a KARE-11 and TEGNA Inc.[1] pursuant to 28 U.S.C. § 1446(d), notifies you that on April 15, 2021, Defendants filed in the United States District Court for the District of Minnesota Defendants' Notice of Removal of this action.  A copy of Defendants' Notice of Removal is attached as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), the Fourth Judicial District Court of Hennepin County, Minnesota shall proceed no further with this case unless and until the case is remanded.

**DATED:** April 15, 2021

Respectfully submitted,

**Defendants MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11 and TEGNA Inc.**

By: */s/ Sean R. Somermeyer*
     *One of Its Attorneys*

Sean R. Somermeyer, MN Atty #391544
Kristin Jones Pierre, MN Atty #0239045
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street

---

[1] TEGNA Inc. is incorrectly named in the caption as TEGNA, Inc.

- 1 -