UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SVEN SUNDGAARD,<br><br>           Plaintiff,<br><br>v.<br><br>MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11; TEGNA, Inc.,<br><br>           Defendants. | Case No. 0:21-cv-00999<br><br>NOTICE OF APPEARANCE<br>OF COUNSEL |

Sean R. Somermeyer and Kristin Jones Pierre, of the law firm of Faegre Drinker Biddle & Reath LLP, hereby respectfully enter their appearance as counsel for and on behalf of Defendants Multimedia Holdings Corporation, d/b/a KARE-TV and d/b/a KARE 11; TEGNA Inc.

**DATED:** April 15, 2021

**Defendants MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11 and TEGNA Inc.**

By: */s/Sean R. Somermeyer*
    *One of Its Attorneys*

Sean R. Somermeyer, MN Atty #391544
Kristin Jones Pierre, MN Atty #0239045
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7875
Facsimile:  (612) 766-1600
sean.somermeyer@faegredrinker.com
kristin.pierre@fargredrinker.com
***Local Counsel for Defendants***

US.132660452.01

To Be Admitted *pro hac vice*
Camille A. Olson
Richard B. Lapp
Christina Jaremus
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
colson@seyfarth.com
rlapp@seyfarth.com
cjaremus@seyfarth.com
***Attorneys for Defendants***