UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SVEN SUNDGAARD,<br><br>Plaintiff,<br><br>v.<br><br>MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11; TEGNA, Inc.,<br><br>Defendants. | CASE NO. 0:21-cv-00999<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Multimedia Holdings Corporation d/b/a KARE-TV and d/b/a KARE-11 and TEGNA Inc.[1] submit this Corporate Disclosure Statement:

Multimedia Holdings Corporation is a corporation organized under the laws of the State of South Carolina. Multimedia Holdings Corporation is a licensee of KARE-TV, and Multimedia Holdings Corporation does business as KARE-11. Multimedia Holdings Corporation is owned by and a subsidiary of TEGNA Inc. TEGNA Inc. is a corporation organized under the laws of the State of Delaware. TEGNA Inc. has no parent corporation and BlackRock, Inc. owns 10% or more of TEGNA Inc.'s stock.

---

[1] TEGNA Inc. is incorrectly named in the caption as TEGNA, Inc.

US.132660040.01

| | |
|---|---|
| **DATED:** April 15, 2021 | Respectfully submitted,<br><br>**Defendants MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11 and TEGNA Inc.**<br><br>By: /s/ *Sean R. Somermeyer*<br>    *One of Its Attorneys*<br><br>Sean R. Somermeyer, MN Atty #391544<br>Kristin Jones Pierre, MN Atty #0239045<br>Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 766-7000<br>Facsimile:  (612) 766-1600<br>sean.somermeyer@faegredrinker.com<br>kristin.pierre@fargredrinker.com<br>*Local Counsel for Defendants*<br><br>To Be Admitted *pro hac vice*<br>Camille A. Olson<br>Richard B. Lapp<br>Christina Jaremus<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606<br>Telephone:  (312) 460-5000<br>Facsimile:  (312) 460-7000<br>colson@seyfarth.com<br>rlapp@seyfarth.com<br>cjaremus@seyfarth.com<br>*Attorneys for Defendants* |

US.132660040.01