UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SVEN SUNDGAARD, <br><br> Plaintiff, <br><br> v. <br><br> MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11; TEGNA, Inc., <br><br> Defendants. | Case No. 0:21-cv-00999 <br><br> **DEFENDANTS' CERTIFICATE OF SERVICE OF DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT** |

I, Sean R. Somermeyer, hereby certify that on April 15, 2021, I caused the following documents (with the Notice of Electronic Filing):

1. Defendants' Notice of Removal of Action from State Court [Dkt. 1];
2. Defendants' Exhibit A – Summons and Complaint [Dkt. 1-1];
3. Defendants' Exhibit B – Defendants' Notice of Filing of Notice of Removal of Action from State Court; [Dkt. 1-2];
4. Defendants' Civil Cover Sheet [Dkt. 1-3];
5. Defendants' Declaration of Nikki Mills [Dkt. 2];
6. Defendants' Notice of Appearance of Counsel [Dkt. 3]; and
7. Defendants' Rule 7.1 Corporate Disclosure Statement [Dkt. 4].

*[Check the box, below, that applies to how you served the above documents.]*

☑    to be filed electronically with the Clerk of Court through ECF; and

☑    that I caused a copy of the foregoing documents to be served by email at the following email addresses:

Joni M. Thome (*jthome@baillonthome.com*)
Frances E. Baillon **(***fbaillon@baillonthome.com*)
Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402

| | |
|---|---|
| DATED: April 15, 2021 | **Defendants MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11 and TEGNA Inc.**<br><br>By: */s/ Sean R. Somermeyer*<br>　　*One of Its Attorneys*<br><br>Sean R. Somermeyer, MN Atty #391544<br>Kristin Jones Pierre, MN Atty #0239045<br>Faegre Drinker Biddle & Reath LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 766-7875<br>Facsimile:  (612) 766-1600<br>sean.somermeyer@faegredrinker.com<br>kristin.pierre@fargredrinker.com<br>***Local Counsel for Defendants***<br><br>To Be Admitted *pro hac vice*<br>Camille A. Olson<br>Richard B. Lapp<br>Christina Jaremus<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606<br>Telephone:  (312) 460-5000<br>Facsimile:  (312) 460-7000<br>colson@seyfarth.com<br>rlapp@seyfarth.com<br>cjaremus@seyfarth.com<br>***Attorneys for Defendants*** |

US.132656889.01