# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SVEN SUNDGAARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MULTIMEDIA HOLDINGS CORPORATION *doing business as* KARE-TV *doing business as* KARE-11, TENGA, INC.,<br><br>　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　21-cv-999 (JRT/JFD)<br>Date:　　　October 15, 2021<br>Location:　　Telephonic<br>Court Reporter: --<br>Time Commenced: 9:29 AM<br>Time Concluded:　9:39 AM<br>Time in Court:　　10　Minutes |

**TELEPHONE STATUS CONFERENCE**

**APPEARANCES:**

　　Plaintiff: Joni Thome, Michelle Gibbons, and Frances Baillon

　　Defendants: Camille Olson and Richard Lapp

The parties discussed whether, in light of Minnesota's current COVID-19 situation, the settlement conference in this case should be in-person or by Zoom. The parties and the Court will plan on in-person. The parties will discuss this on November 2, and then the parties and the Court will hold a telephonic conference call at **4:30 PM on Friday, November 5, 2021** to make a final decision.

　　　　　　　　　　　　　　　　　　　　*s/ TJS*
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy