# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sven Sundgaard, | Case No. 0:21-cv-00999-JRT-JFD |
| Plaintiff, | |
| v. | **ORDER** |
| Multimedia Holdings Corporation d/b/a KARE-TV, and d/b/a KARE-11; and Tegna, Inc., | |
| Defendants. | |

Pursuant to the parties' Stipulation and Joint Motion to Extend Discovery Deadlines in the Pretrial Scheduling Order (Dkt. No. 27),

**IT IS HEREBY ORDERED** that good cause exists under Local Rule 16.3 to amend the Pretrial Scheduling Order (Dkt. No. 17) as follows:

1. The parties must commence fact discovery procedures in time to be completed on or before **May 27, 2022.**

2. All non-dispositive motions relating to fact discovery must be filed and served by **June 24, 2022**.

3. The remaining dates and deadlines in the Pretrial Scheduling Order (Dkt. No. 17) remain unchanged.

Dated: February 7, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge