**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SVEN SUNDGAARD, <br><br>    Plaintiff, <br><br>v. <br><br> MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11; TEGNA, Inc., <br><br>    Defendants. | Case. No. 21-cv-999 (JRT/JFD) <br><br> **ORDER ON JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' EXPERT DISCLOSURE** |

This matter is before the Court on the Parties' Joint Stipulation to Extend Deadline for Defendants' Expert Disclosure (Dkt. No. 33). Having reviewed, and upon consideration of all the files, records, and proceedings in this matter and finding good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Stipulation is **GRANTED** as follows:

1. The deadline for Defendants to disclose their non-rebuttal expert is extended to May 27, 2022;

2. The deadline for Plaintiff to disclose any rebuttal expert is hereby extended to June 30, 2022.

Dated: April 29, 2022

                                                         *s/ John F. Docherty*
                                                         JOHN F. DOCHERTY
                                                         United States Magistrate Judge