# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SVEN SUNDGAARD, | Civ. No. 21-999 (JRT/BRT) |
| Plaintiff, | |
| v. | |
| MULTIMEDIA HOLDINGS CORPORATION, d/b/a KARE-TV and d/b/a KARE-11; TEGNA, Inc., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sven Sundgaard and Defendants Multimedia Holdings Corporation d/b/a KARE-TV and d/b/a KARE-11 and TEGNA, Inc., through their respective counsel of record, hereby stipulate and agree that Plaintiff's Complaint shall be, and is, dismissed WITH PREJUDICE, and Plaintiff and Defendants shall bear their own attorneys' fees and costs.

DATED: May 31, 2022

Respectfully submitted,

| | |
|---|---|
| By: /s/ Frances E. Baillon | By: /s/ Camille A. Olson |
| Frances E. Baillon (MN Bar #028435) | Kristin Jones Pierre |
| fbaillon@baillonthome.com | Faegre Drinker Biddle & Reath LLP |
| Joni M. Thome (MN Bar #232087) | 220 Wells Fargo Center, 90 S. Seventh St. |
| jmthome@baillonthome.com | Minneapolis, Minnesota 55402 |
| BAILLON THOME JOZWIAK & WANTA LLP | Telephone: (612) 766-7875 |
| | Facsimile: (612) 766 1600 |
| 100 South Fifth Street, Suite 1200 | kristen.pierre@fargredrinker.com |
| Minneapolis, MN 55402 | *Local Counsel for Defendants* |
| Phone: (612) 252-3570 | |
| Fax: (612) 252-3571 | Admitted *pro hac vice* |
| | Camille A. Olson (colson@seyfarth.com) |
| *Attorneys for Plaintiff* | Richard B. Lapp (rlapp@seyfarth.com) |
| | Christina Jaremus (cjaremus@seyfarth.com) |
| | Seyfarth Shaw LLP |
| | 233 South Wacker Drive, Suite 8000 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 460-5000 |
| | Facsimile: (312) 460-7000 |
| | |
| | *Attorneys for Defendants* |