# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| SVEN SUNDGAARD, | Civil No. 21-999 (JRT/JFD) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MULTIMEDIA HOLDINGS CORPORATION, et al., | |
| Defendant. | |

Frances E Baillon, **BAILLON THOME JOZWIAK & WANTA LLP,** 100 South Fifth Street, Suite 1200, Minneapolis, MN 55402, for plaintiff.

Camille Annette Olson, **SEYFARTH SHAW LLP,** 233 South Wacker Drive, Suite 8000, Chicago, IL 60606, for defendants.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 36]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 8, 2022
at Minneapolis, Minnesota.

                                                      s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                     Chief Judge
                                                     United States District Court