## UNITED STATES DISTRICT COURT
### District of Minnesota

Sven Sundgaard,　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case Number: 21-cv-999 JRT/JFD

Mulitmedia Holdings Corporation,

　　　　　　　　　Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

　　　this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 6/8/2022　　　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK